UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS MATTERN, et al.,<br><br>    Plaintiffs,<br>    v.<br><br>PUSHTRAFFIC, et al.,<br><br>    Defendants. | NO. 10-CV-2924 TEH<br><br>ORDER APPROVING STIPULATION FOR EXTENSION OF TIME TO RESPOND TO FIRST AMENDED COMPLAINT AND RESCHEDULING INITIAL CASE MANAGEMENT CONFERENCE |

The Court, having considered the Stipulation for Extension of Time to Respond to the First Amended Complaint Rescheduling the Status Conference submitted by the parties, and good cause appearing:

1. The Stipulation is approved;
2. The time for Defendants to respond to the First Amended Complaint shall be November 22, 2010; and,
3. The Status Conference shall be moved from November 8, 2010 to 1:30 p.m. on February 7, 2011, ~~2010~~.

IT IS SO ORDERED.

Dated:   10/19/10

_____
HON. THELTON E. HENDERSON
UNITED STATES DISTRICT JUDGE

*(Seal: United States District Court, Northern District of California — Judge Thelton E. Henderson)*