Hartford O. Brown, Bar No. 190507
Mark J. Goldsmith, Bar No. 244339
KLINEDINST PC
777 S. Figueroa St., 47th Floor
Los Angeles, California 90017
(213) 607-2115/FAX (213) 607-2116
hbrown@klinedinstlaw.com
mgoldsmith@klinedinstlaw.com

Attorneys for Defendant
DAVID SIPES

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS MATTERN, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>PUSHTRAFFIC, et al.,<br><br>Defendants. | Case No.   3:10-CV-2924 TEH<br><br>**ORDER APPROVING STIPULATION FOR EXTENSION OF TIME TO RESPOND TO FIRST AMENDED COMPLAINT**<br><br>Courtroom:   12; 19th Floor<br>Judge:   Hon. Thelton E. Henderson<br>Trial Date:   None set |

The Court having considered the Stipulation for Extension of Time to Respond to the First Amended Complaint submitted by the parties, and good cause appearing:

1. The Stipulation is approved; and,

2. Defendant Finity Consulting, LLC shall respond to the First Amended Complaint on November 22, 2010.

IT IS SO ORDERED.

DATED: 11/2/10



HON. THELTON E. HENDERSON

1060082v1