THOMAS EASTON CSB #109218
LAW OFFICE OF THOMAS EASTON
967 Sunset Dr
Springfield OR 97477
Tel: 541-746-1335
easton3535@gmail.com

JONATHAN H. LEVY CSB #158032
37 Royale Pointe Dr
Hilton Head SC 29926
Tel: 202-318-2406
Fax: 202-318-2406
jonlevy@hargray.com
Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| DOUGLAS MATTERN, et al., | NO. 10-CV-2924 TEH |
|---|---|
| Plaintiffs, | **STIPULATION FOR CONSENT TO TRO AND EXTENSION OF TIME TO RESPOND TO FIRST AMENDED COMPLAINT and (~~PROPOSED~~) ORDER** |
| v. | |
| PUSHTRAFFIC, et al., | |
| Defendants. | No Hearing Required |

### STIPULATION

1. Defendant Progressive Tax Group and Plaintiffs, hereby stipulate that in regards to the Plaintiffs' Motion for Temporary Restraining Order (Doc. 33), Progressive Tax Group and Plaintiffs hereby consent to the following which shall be deemed a full and complete resolution of the issues in the TRO:

> "Progressive Tax Group, including its employees and agents, without admitting fault or waiving any personal jurisdiction, venue or other FRCP Rule 12 defenses, agrees not to knowingly contact the named plaintiffs in this action to solicit business as long as Progressive Tax Group remains a party in the matter."

2. Defendant Progressive Tax Group and Plaintiffs, hereby stipulate to extend the date for filing a response to the First Amended Complaint. Defendant Progressive Tax Group shall file a response no later than January 3, 2011.

Dated: November 10, 2010.                    PROGRESSIVE TAX GROUP

                                             s/ James Phan, Esq.
                                             James Phan
                                             Corporate Counsel for
                                             PROGRESSIVE TAX GROUP

Dated: November 10, 2010.                    LAW OFFICE OF THOMAS EASTON

                                             By.  s/ Thomas Easton, Esq.
                                             Of Attorneys for Plaintiffs

**CERTIFICATE OF SERVICE (CM-ECF)**

I hereby certify that a true and correct copy of the forgoing document has been filed with the Courts' CM/ECF filing system on this November 10, 2010, which will provide service on all counsel of record.

                                             s/Thomas Easton, Esq;

**(~~PROPOSED~~) ORDER**

The Court, having considered the Consent to TRO and Stipulation for Extension of Time to Respond to the First Amended Complaint submitted by the parties, and good cause appearing:

1. The Stipulation for Consent to TRO and Extension of Time is approved;

2. The time for Defendant Progressive Tax Group to respond to the First Amended Complaint shall be January 3, 2011.

**IT IS SO ORDERED**.

Dated: 11/15/10

_____
HON. _____
UNITED STATES DISTRICT JUDGE

Judge Thelton E. Henderson