Hartford O. Brown, Bar No. 190507
Mark J. Goldsmith, Bar No. 244339
KLINEDINST PC
777 S. Figueroa St., 47th Floor
Los Angeles, California 90017
(213) 607-2115/FAX (213) 607-2116
hbrown@klinedinstlaw.com
mgoldsmith@klinedinstlaw.com

Attorneys for Defendants
DAVID SIPES
FINITY CONSULTING, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS MATTERN, et al., | Case No.   3:10-CV-2924 TEH |
| Plaintiffs, | [PROPOSED] ORDER RE: STIPULATION FOR PARTIAL CONSENT TO TRO |
| v. | |
| PUSHTRAFFIC, et al., | DATE:   DECEMBER 6, 2010 |
| Defendants. | TIME:   10:00 A.M.<br>COURTROOM: 12; 19TH FLOOR<br>JUDGE:   HON. THELTON E. |

The Court having considered the Stipulation for Partial Consent to TRO submitted by the parties, and good cause appearing:

1. The Stipulation is approved; and

2. Defendants Sipes and Finity, agree not to knowingly contact the named Plaintiffs in this action to solicit business as long as Sipes, Finity, and the individual Plaintiffs remain parties in the matter.

3. Plaintiffs agree not to knowingly contact Sipes and/or Finity as Sipes, Finity, and the individual Plaintiffs remain parties in the matter.

///

///

///

4.  Plaintiffs agree to withdraw their collective Motion for Temporary Restraining Order as to Defendants Sipes and Finity.

**IT IS SO ORDERED.**

DATED:  11/24/10



_____
HON. Judge Thelton E. Henderson

1076856v1

KLINEDINST PC
777 S. FIGUEROA ST., 47TH FLOOR
LOS ANGELES, CALIFORNIA 90017

- 2 -

**[Proposed] Order Re: Stipulation For Partial Consent To Tro**
3:10-CV-2924 TEH