| | |
|---|---|
| 1 | THOMAS EASTON CSB #109218 |
| | LAW OFFICE OF THOMAS EASTON |
| 2 | 967 Sunset Dr |
| | Springfield OR 97477 |
| 3 | Tel: 541-746-1335 |
| | easton3535@gmail.com |
| 4 | |
| | JONATHAN H. LEVY CSB #158032 |
| 5 | 37 Royale Pointe Dr |
| | Hilton Head SC 29926 |
| 6 | Tel: 202-318-2406 |
| | Fax: 202-318-2406 |
| 7 | jonlevy@hargray.com |
| | Attorneys for Plaintiffs |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DOUGLAS MATTERN, et al.,** | NO. 10-CV-2924 TEH |
| **Plaintiffs,** | **NOTICE OF MOTION AND MOTION PLAINTIFF'S NOTICE OF DISMISSAL OF DEFENDANT PROGRESSIVE TAX GROUP, DBA TAX GROUP CENTER and (Proposed) ORDER** |
| v. | |
| **PUSHTRAFFIC, et al.,** | |
| **Defendants.** | |
| | No hearing required. |

NOTICE OF MOTION AND MOTION  PLAINTIFF'S NOTICE OF DISMISSAL OF DEFENDANT PROGRESSIVE TAX GROUP,  DBA TAX GROUP CENTER

COMES NOW plaintiff Mattern, et al., by and through its undersigned counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), and hereby voluntarily dismisses with prejudice defendant Progressive Tax Group, dba Tax Group Center from this action.

DATED:  December 3, 2010.                                           Respectfully submitted,

                                                                         s/ Thomas Easton, Esq.    .
                                                                         THOMAS EASTON
                                                                         Of Attorneys for
                                                                         Plaintiffs Mattern et al.

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the forgoing document has been filed with the Courts' CM/ECF filing system on this 3rd day of December, 2010, which will provide service on all counsel of record.

                                                                         s/Thomas Easton, Esq;

**(PROPOSED) ORDER**

**IT IS SO ORDERED.**

DATED: 12/09/2010



Judge Thelton E. Henderson